

## U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

ORIGINAL

January 21, 2020

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FIl
> DOC #: _____
> DATE FILED: 1/22/20

**BY FAX**
Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
f: 212-805-6382

Re:  *United States v. Omar Juarez Andrade, et al.,* No. S1 19 Cr. 579 (VM)

Dear Judge Marrero:

The Government writes to respectfully request that the Court unseal the above-referenced superseding indictment, S1 19 Cr. 579 (VM), and the related arrest warrants. I have been advised that one of the newly charged defendants is in custody.

The Government was unable to file this letter on ECF because for unknown reasons the docket is sealed. The Government has been in contact with the Clerk's office to have the docket unsealed.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: /s/ _____
Ryan B. Finkel
Assistant United States Attorney
(212) 637-6612
Ryan.Finkel@usdoj.gov

SO ORDERED. Request GRANTED.
The Clerk of Court is directed to
unseal the docket of the action above
1-22-1
DATE            VICTOR MARRERO, U.S.D.J.