```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

        — against —

CLAUDIA JUAREZ, et al.,                 19 CR 579(VM)

                    Defendants.         ORDER
```

**VICTOR MARRERO, United States District Judge.**

The Court previously scheduled a conference in the above-referenced matter for February 28, 2020 at 3:30 p.m. for defendant Claudia Juarez. The Government now requests that the Court hold a conference at that time as to all defendants.

Accordingly, it is hereby ordered that a conference shall be held before Judge Marrero on Friday, February 28, 2020 at 3:30 p.m. as to all defendants in the above-referenced matter.

**SO ORDERED.**

Dated: New York, New York
       24 February 2020

                                    Victor Marrero
                                      U.S.D.J.



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 20, 2020

**BY ECF**
Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Omar Andrade, et al.*, S1 19 Cr. 579 (VM)

Dear Judge Marrero:

The Government writes to request that the Court schedule a pretrial conference in this matter, as to all defendants, for February 28, 2020 at 3:30 p.m.

A conference at that time has already been scheduled for defendant Claudia Juarez. Today, three of Ms. Juarez's co-defendants arrived in this District via United States Marshals Service transport. The fifth co-defendant was granted pre-trial release by the Southern District of Texas.

The Government believes it would be efficient for the Court to have a single conference with all of the defendants.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: /s/_____
Ryan B. Finkel
Assistant United States Attorney
(212) 637-6612