```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,              :
                                       :
                                       :          **19 CR 579(VM)**
        -against-                      :              **ORDER**
                                       :
CLAUDIA JUAREZ et al.,                 :
                                       :
                Defendants.            :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

In light of the ongoing public health emergency, the status conference before the Honorable Victor Marrero on Friday, June 5, 2020 at 2:30 p.m. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 839-2198.

The parties are further directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED:**

Dated:    New York, New York
          4 June 2020

_____
Victor Marrero
U.S.D.J.