**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/2020

---------------------------------X

UNITED STATES OF AMERICA,      :
                               :
                               :          **19 CR 579(VM)**
        -against-              :          **ORDER**
                               :
CLAUDIA JUAREZ et al.,         :
                               :
              Defendants.      :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

A status conference shall be held in the above-captioned

matter before the Honorable Victor Marrero on Friday, September

4, 2020 at 1:30 p.m.


**SO ORDERED:**


Dated:    New York, New York
          5 June 2020


_____
        Victor Marrero
          U.S.D.J.