USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :          **19 CR 579(VM)**
        -against-                  :              **ORDER**
                                   :
CLAUDIA JUAREZ et al.,             :
                                   :
                Defendant.         :
------------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    In light of the ongoing public health emergency, the status conference before the Honorable Victor Marrero on Thursday, November 18, 2020 at 12:00 p.m. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

    The parties are further directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED:**

Dated:   New York, New York
         18 November 2020

_____
Victor Marrero
U.S.D.J.