```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,                :
                                         :
                                         :          19 CR 579(VM)
         -against-                       :            ORDER
                                         :
CLAUDIA JUAREZ, et al.,                  :
                                         :
                     Defendants.         :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    Counsel for Defendants, with the consent of counsel for the Government (see Dkt. No. 75), requests that the status conference currently scheduled for January 21, 2021 be rescheduled. The conference shall be scheduled for Thursday, March 4, 2021 at 10:30 a.m.

    All parties to this action consent to an exclusion of time from the Speedy Trial Act until March 4, 2021.

    It is hereby ordered that time until March 4, 2021, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:    New York, New York
           20 January 2021

                                              Victor Marrero
                                               U.S.D.J.