```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,                :
                                         :
                                         :          19 CR 579(VM)
        -against-                        :          ORDER
                                         :
OMAR ANDRADE, et al.,                    :
                                         :
                Defendants.              :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

The parties have requested the Court cancel the April 29 status conference in this matter, enter a pre-trial motion schedule, and schedule trial in this matter. (See Dkt. No. 109.) The Court grants this request, the April 29 conference is cancelled and the briefing schedule proposed is so ordered. (Id.) Trial in this matter will be scheduled to begin December 6, 2021 at 9:00 AM and last one week.

All parties to this action consent to an exclusion of time from the Speedy Trial Act until December 1, 2021.

It is hereby ordered that time until December 1, 2021 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).
**SO ORDERED:**

Dated:    New York, New York
          26 April 2021

                                        _____
                                                Victor Marrero
                                                  U.S.D.J.