```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/21
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA,            :    **19 CR 579 (VM)**
                                     :
         -against-                   :
                                     :    **ORDER**
OMAR ANDRADE,                        :
                                     :
                   Defendant.        :
------------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant will be rescheduled from October 6 to Thursday, October 14, 2021 at 10:30 AM.

**SO ORDERED:**

Dated:   New York, New York
         02 September 2021

                                          _____
                                          Victor Marrero
                                          U.S.D.J.