USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/13/21__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------X
UNITED STATES OF AMERICA,        :        **19 CR 579 (VM)**
                                 :
          -against-              :
                                 :        **ORDER**
OMAR ANDRADE,                    :
                                 :
                    Defendant.   :
--------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant will be rescheduled from October 14 to Thursday, January 13, 2022 at 10:30 AM.

**SO ORDERED:**

Dated:    New York, New York
          13 October 2021

                                        _____
                                          Victor Marrero
                                            U.S.D.J.