```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/22
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,            :    **19 CR 579 (VM)**
                                     :
         -against-                   :
                                     :    <u>**ORDER**</u>
OMAR ANDRADE,                        :
                                     :
                    Defendant.       :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

At the request of the above-named defendant, and without objection from the Government, (<u>see</u> Dkt. No. 133), it is hereby ordered that the sentencing of the above-named defendant will be rescheduled from January 13, 2022 to Thursday, March 17, 2022 at 10:30 AM.

**SO ORDERED:**

Dated:   New York, New York
         07 January 2022

_____
Victor Marrero
U.S.D.J.