```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
          -against-                :
                                   :
OMAR JUAREZ ANDRADE, et al.        :       19 CR 579(VM)
                                   :         ORDER
               Defendants.         :
----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

The Government and Bureau of Prisons is hereby directed to show cause as to why the above-named defendant has not received appropriate treatment by an external doctor for his hand injury.

**SO ORDERED:**

Dated: New York, New York
       10 January 2022

_____
Victor Marrero
U.S.D.J.