**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA,  :
        -against-  :
OMAR JUAREZ ANDRADE, et al.  :
        Defendants.  :
------------------------------------X

**19 CR 579(VM)**
**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2022

**VICTOR MARRERO, U.S.D.J.:**

The Government and Bureau of Prisons is hereby directed to submit a status report by February 15, 2022 informing the Court as to whether the above-named defendant has received appropriate treatment by an external doctor for his hand injury.

**SO ORDERED:**

Dated: New York, New York
      28 January 2022

_____
Victor Marrero
U.S.D.J.