```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/7/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
        -against-                  :      **19 CR 579 (VM)**
                                   :
                                   :      <u>**ORDER**</u>
OMAR JUAREZ ANDRADE,               :
                                   :
             Defendant.            :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant will be rescheduled from March 17, 2022 to June 30, 2022 at 10:30 AM.

**SO ORDERED:**

Dated: New York, New York
       07 March 2021

_____
Victor Marrero
U.S.D.J.