**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :     **19 CR 579 (VM)**
         -against-                 :
                                   :     <u>**ORDER**</u>
OMAR JUAREZ ANDRADE,               :
                                   :
              Defendant.           :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant will be rescheduled from June 30, 2022 to September 23, 2022 at 1:00 PM.

**SO ORDERED:**

Dated: New York, New York
       23 June 2022

Victor Marrero
U.S.D.J.