LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

September 13, 2022

**BY ECF**
The Honorable Victor Marrero
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Omar Juarez Andrade, et al; 19 Cr. 579 (VM)**

Dear Judge Marrero:

  I represent Omar Juarez Andrade in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A during his initial appearance and arraignment on February 20, 2020. On July 6, 2021, Mr. Andrade pleaded guilty to a lesser included offense of Count One pursuant to a plea agreement. Sentencing is scheduled for September 23, 2022.

  I write, without objection from the Government, to respectfully request that the Court adjourn sentencing for approximately 30 days. I am continuing to gather information through interviews with family members and friends, related to Mr. Andrade's history and background, his positive characteristics, and other important mitigating information. Additionally, I am in the process of collecting letters in support of Mr. Andrade from his family and children, who all live in Southern California. As such, an adjournment is necessary to complete this work and prepare my sentencing submission for the Court.

Respectfully submitted,

/s/

Anthony Cecutti

---

```
Defense counsel's unopposed request to
adjourn the sentencing scheduled in
this matter for September 23 is hereby
GRANTED. The sentencing of defendant
Omar Juarez Andrade shall be adjourned
until October 21, 2022 at 2:30 P.M.

SO ORDERED.

Dated: September 14, 2022
       New York, New York           Victor Marrero
                                       U.S.D.J.
```