```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES,

                Plaintiff,

      - against -

OMAR JUAREZ ANDRADE,

                Defendant.

19 CR 0579 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court is in receipt of the Government's request to file its October 18, 2022 Sentencing Submission under seal. The Court is also in receipt of the Defendant's request to file its October 10, 2022 Supplemental Sentencing Letter under seal. The parties' respective sealing requests are hereby GRANTED.

**SO ORDERED.**

Dated:    22 October, 2022
             New York, New York

                                        Victor Marrero
                                        U.S.D.J.