```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/28/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

  - against -

OMAR JUAREZ ANDRADE,

                        Defendant.

19-cr-0579 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

   The Government is directed to respond within 60 days to the matters set forth by Defendant Andrade in his motion entered at Dkt. No. 238.

**SO ORDERED.**

Dated:    March 28, 2024
          New York, New York

*[signature]*
Victor Marrero
U.S.D.J.