USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __6/6/24__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

OMAR JUAREZ ANDRADE,

                 Defendant.

19-CR-0579 (VM)

ORDER

Victor Marrero, District Judge:

    On October 15, 2021, the defendant was sentenced principally to a term of imprisonment of 120 months. On November 14, 2023, the defendant filed a motion requesting that this court consider a sentence reduction pursuant to Amendment 821 to the Sentencing Guideline amendment which went into effect on November 1, 2023, and applies retroactively. The United States Probation Department has issued a report indicating that the defendant is not eligible for a sentence reduction. The Government did not make a submission. The Court has considered the record in this case, and the Defendant's motion for a reduction in sentence as a result of Amendment 821 pursuant to 18 U.S.C. § 3582(c)(2).

    It is hereby ORDERED that the defendant is ineligible for this reduction because defendant's original sentence is below the reduced Guidelines range, and this motion is denied. The Clerk of Court is respectfully directed to terminate the motion entered at Dkt. No. 238 and to mail a copy of this Order to the Defendant.

    SO ORDERED.

                                                                   Victor Marrero
                                                                   United States District Judge

Dated: June 6, 2024
       New York, New York